Armine Singh, Esq. (SBN 266694)
Dianna Ter-Vardanyan, Esq. (SBN 253636)
**Prime Law Group, APC**
101 N. Brand Blvd. PH1920
Glendale, CA 91203
Direct: 818-276-2464
E-Fax: 818-446-2162

Attorneys for Plaintiffs,
LOUIS N. NEWMAN & DAVID A. NEWMAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS N. NEWMAN, *an individual*; DAVID A. NEWMAN; *an individual*; <br><br> Plaintiffs, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC. ; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO: CV133685 <br><br> *Assigned to the Hon. Jacqueline Scott Corley* <br><br> **REQUEST FOR TELEPHONIC APPEARANCE** <br><br> **Filed Concurrently Herewith: [PROPOSED] ORDER** <br><br><br> Date: September 12, 2013 <br> Time: 8:30 am <br> Ctrm: F, 15th Floor |

REQUEST FOR TELEPHONIC APPEARANCE

1     PLAINTIFFS' counsel, Armine Singh, hereby requests permission to appear telephonically at the Motion to Remand set for September 12, 2013 at 8:30 a.m.

    Plaintiff's counsel resides in the county of Los Angeles, city of Glendale. It would be a great financial burden on Plaintiffs' for Plaintiffs' counsel to appear personally at the hearing.

Dated: September 6, 2013            **PRIME LAW GROUP, APC**

By:   /s/ Armine Singh
ARMINE SINGH, ESQ.
Attorney for Plaintiffs'
LOUIS N. NEWMAN
DAVID A. NEWMAN

Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements to appear by telephone.
Dated: September 9, 2013

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2
**REQUEST FOR TELEPHONIC APPEARANCE**